UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Hoang Dang, individually and as successor-in-interest to Tracey Lien Tran, deceased,<br><br>       Plaintiff,<br><br>   vs.<br><br>CITY OF SAN JOSE;<br>and DOES 1-10, inclusive,<br><br>       Defendants. | Case No. 5:15-cv-03177-NC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** |

-0-

[PROPOSED] ORDER

1  IT IS HEREBY ORDERED that the Initial Case Management Conference be
2  continued from October 7, 2015, to December 9, 2015 at 10:00 a.m. in Courtroom 7,
3  4th Floor, San Jose. Case management statement due December 2, 2015.
4  DATED: October 5, 2015

By_____
United States Magistrate Judge

GRANTED
Judge Nathanael M. Cousins

-1-

[PROPOSED] ORDER