RICHARD DOYLE, City Attorney (88625)
NORA FRIMANN, Assistant City Attorney (93249)
CLIFFORD GREENBERG, Sr. Deputy City Attorney (122612)
Office of the City Attorney
200 East Santa Clara Street, 16th Floor
San José, California  95113-1905
Telephone Number: (408) 535-1900
Facsimile Number:  (408) 998-3131
E-Mail Address:  cao.main@sanjoseca.gov

Attorneys for CITY OF SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DANG, HOANG, Individually and as Successor in Interest of TRACEY LIEN TRAN, deceased , <br><br> Plaintiff(s), <br><br> v. <br><br> CITY OF SAN JOSE, and DOES, inclusive, <br><br> Defendant(s). | Case Number:  15-CV-03177-NC <br><br> **STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT TO RESPOND TO COMPLAINT AND CONTINUE CASE MANAGEMENT CONFERENCE** [Civil L.R. 6-1(a).] |

As authorized by Northern District Local Rule 6-1(a), the parties herewith stipulate to extend the time for Defendant CITY OF SAN JOSE to respond to the complaint until and including December 3, 2015.

The parties also jointly request that the Case Management Conference, currently set for December 9, 2015 at 10:00 a.m., and the court deadlines in this matter, including the Rule 26 disclosures, be continued for a period of approximately sixty days.  Defendant City of San Jose was recently served with the subject Complaint and has not yet received the entire file from the Police Department.  The remainder of the file, which includes audio

1  and video recordings, photographs, reports and other crucial documents, is necessary in
2  order to make Defendants' initial disclosures and respond appropriately to the Complaint.
3  //
4  //
5  //

6
7                                              Respectfully submitted,
8  Dated:  November 3, 2015              RICHARD DOYLE, City Attorney
9
10                                             By:    /s/ Clifford Greenberg
                                                     CLIFFORD GREENBERG
                                                     Senior Deputy City Attorney
11                                             Attorneys for Defendant
12

13 Dated:  November 3, 2015              LAW OFFICES OF DALE K. GALIPO
14
                                               By:    /s/ Dale Galipo
15                                                   DALE GALIPO

16                                             Attorneys for Plaintiff Dang Hoang

17
18     I attest that Plaintiffs' counsel has read and approved this document, and given
19 consent to the filing of the same with the Court.
20
21 Dated:  November 3, 2015              RICHARD DOYLE, City Attorney

22                                             By:    /s/ Clifford Greenberg
                                                     CLIFFORD GREENBERG
23                                                   Senior Deputy City Attorney
24                                             Attorneys for Defendant
25
26
27 //
28 //

## **ORDER**

It is hereby Ordered that the deadline for Defendant's Response to the Complaint in this matter is extended until December 3, 2015.

It is also Ordered that the Initial Case Management Conference is continued until February 10, 2016, at 10:00 a.m. Case management statement due February 3, 2015.

Initial Disclosures shall be served on or before January 14, 2016.

DATED:   November 9, 2015

_____
MAGISTRATE NATHANAEL COUSINS
UNITED STATES DISTRICT COURT



GRANTED
Judge Nathanael M. Cousins

3

STIPULATION (AND ORDER) EXTENDING TIME FOR DEFENDANT TO RESPOND TO COMPLAINT AND CONTINUE CASE MANAGEMENT CONFERENCE

Case Number: 15-CV-03177NC

1260741.doc