RICHARD DOYLE, City Attorney (88625)
NORA FRIMANN, Assistant City Attorney (93249)
CLIFFORD GREENBERG, Sr. Deputy City Attorney (122612)
Office of the City Attorney
200 East Santa Clara Street, 16th Floor
San José, California  95113-1905
Telephone Number:  (408) 535-1900
Facsimile Number:  (408) 998-3131
E-Mail Address:  cao.main@sanjoseca.gov

Attorneys for CITY OF SAN JOSE and
KEVIN MCMILLIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DANG, HOANG, Individually and as Successor in Interest of TRACEY LIEN TRAN, deceased , <br><br> Plaintiff, <br><br> v. <br><br> CITY OF SAN JOSE; KEVIN MCMILLIN; and DOES 2-10, inclusive, <br><br> Defendants. | Case Number:  15-CV-03177-NC <br><br> **DEFENDANTS' ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT** <br><br> **[JURY DEMANDED]** |

Defendants respond to Plaintiff's First Amended Complaint as follows:

1.  In response to Paragraph 1 of the First Amended Complaint, Defendants admit that this Court has jurisdiction over the federal claims, and supplemental jurisdiction over the state claims to the extent that Plaintiff has complied with appropriate claims filing statutes and regulations.

2.  In response to Paragraph 2 of the First Amended Complaint, Defendants admit that venue is proper.

3.  In response to Paragraph 3 of the First Amended Complaint, Defendants admit that Plaintiff brings his claims under the authority cited, but deny any violation and any liability in

connection with the subject incident.

4. In response to Paragraph 4 of the First Amended Complaint, Defendants are without information and belief regarding the allegations contained therein, and on that basis, denies said allegations.

5. In response to Paragraph 5 of the First Amended Complaint, Defendants are without information and belief regarding the allegations contained therein, and on that basis, denies said allegations. Defendants additionally note that the allegations contained in this paragraph are internally inconsistent.

6. In response to Paragraph 6 of the First Amended Complaint, Defendants admit that the City of San Jose is a municipal entity and charter city but deny the remainder of the allegations contained therein.

7. In response to Paragraph 7 of the First Amended Complaint, Defendants admit that Defendant Kevin McMillin is a police officer employed by City and was acting within the scope of his employment. Defendants deny the remainder of the allegations contained therein.

8. In response to Paragraph 8 of the First Amended Complaint, Defendants deny that Doe pleading is authorized under the federal rules, and deny the allegations contained therein.

9. In response to Paragraph 9 of the First Amended Complaint, Defendants deny that Doe pleading is authorized under the federal rules, and deny the allegations contained therein.

10. In response to Paragraph 10 of the First Amended Complaint, Defendants deny that Doe pleading is authorized under the federal rules, and deny the allegations contained therein.

11. In response to Paragraph 11 of the First Amended Complaint, Defendants deny that Doe pleading is authorized under the federal rules, and deny the allegations contained therein.

12. In response to Paragraph 12 of the First Amended Complaint, Defendants deny that Doe pleading is authorized under the federal rules, and deny the allegations contained therein.

13. In response to Paragraph 13 of the First Amended Complaint, Defendants deny that Doe pleading is authorized under the federal rules, and deny the allegations contained therein.

14. In response to Paragraph 14 of the First Amended Complaint, Defendants deny the allegations contained therein.

DEFENDANTS' ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT

Case Number: 15-CV-03177-NC

1264905.doc

15. In response to Paragraph 15 of the First Amended Complaint, Defendants deny the allegations contained therein.

16. In response to Paragraph 16 of the First Amended Complaint, Defendants deny that Doe pleading is authorized under the federal rules, and deny the allegations contained therein.

17. In response to Paragraph 17 of the First Amended Complaint, Defendants respond to all incorporated allegations as previously stated.

18. In response to Paragraph 18 of the First Amended Complaint, Defendants vehemently deny the allegations contained therein. Defendant McMillin admits that he used the Taser, but did so in an appropriate and legal manner, and denies that he used any other force, deadly or nondeadly, on decedent, and denies that any of the injuries complained about resulted from any of his actions.

19. In response to Paragraph 19 of the First Amended Complaint, Defendants vehemently deny the allegations contained therein.

20. In response to Paragraph 20 of the First Amended Complaint, Defendants deny the allegations contained therein.

21. In response to Paragraph 21 of the First Amended Complaint, Defendants are without information or belief about the truth of said allegations, and on that basis, deny said allegations.

22. In response to Paragraph 22 of the First Amended Complaint, Defendants are without information or belief about the truth of said allegations, and on that basis, deny said allegations.

23. In response to Paragraph 23 of the First Amended Complaint, Defendants admit that a claim was filed but deny that it complies with all applicable statutes and regulations.

24. In response to Paragraph 24 of the First Amended Complaint, Defendants deny the allegations contained in this paragraph.

25. In response to Paragraph 25 of the First Amended Complaint, Defendants respond to all incorporated allegations as previously stated.

26. In response to Paragraph 26 of the First Amended Complaint, Defendants deny the

allegations contained in this paragraph.

27.  In response to Paragraph 27 of the First Amended Complaint, Defendants deny the allegations contained in this paragraph.

28.  In response to Paragraph 28 of the First Amended Complaint, Defendants deny the allegations contained in this paragraph.

29.  In response to Paragraph 29 of the First Amended Complaint, Defendants deny the allegations contained in this paragraph.

30.  In response to Paragraph 30 of the First Amended Complaint, deny the allegations contained in this paragraph.

31.  In response to Paragraph 31 of the First Amended Complaint, Defendants respond to all incorporated allegations as previously stated.

32.  In response to Paragraph 32 of the First Amended Complaint, Defendants deny the allegations contained in this paragraph.

33.  In response to Paragraph 33 of the First Amended Complaint, Defendants deny the allegations contained in this paragraph.

34.  In response to Paragraph 34 of the First Amended Complaint, Defendants deny the allegations contained in this paragraph.

35.  In response to Paragraph 35 of the First Amended Complaint, Defendants deny the allegations contained therein.

36.  In response to Paragraph 36 of the First Amended Complaint, Defendants deny the allegations contained in this paragraph.

37.  In response to Paragraph 37 of the First Amended Complaint, Defendants respond to all incorporated allegations as previously stated.

38.  In response to Paragraph 38 of the First Amended Complaint, Defendants deny the allegations contained in this paragraph.

39.  In response to Paragraph 39 of the First Amended Complaint, Defendants deny the allegations contained in this paragraph.

40.  In response to Paragraph 40 of the First Amended Complaint, Defendants deny the

4

allegations contained in this paragraph.

41. In response to Paragraph 41 of the First Amended Complaint, Defendants deny the allegations contained in this paragraph.

42. In response to Paragraph 42 of the First Amended Complaint, Defendants deny the allegations contained in this paragraph.

43. In response to Paragraph 43 of the First Amended Complaint, Defendants deny the allegations contained in this paragraph.

44. In response to Paragraph 44 of the First Amended Complaint, Defendants respond to all incorporated allegations as previously stated.

45. In response to Paragraph 45 of the First Amended Complaint, Defendants deny the allegations contained in this paragraph.

46. In response to Paragraph 46 of the First Amended Complaint, Defendants deny the allegations contained in this paragraph.

47. In response to Paragraph 47 of the First Amended Complaint, Defendants deny the allegations contained in this paragraph.

48. In response to Paragraph 48 of the First Amended Complaint, Defendants deny the allegations contained in this paragraph.

49. In response to Paragraph 49 of the First Amended Complaint, Defendants deny the allegations contained in this paragraph.

50. In response to Paragraph 50 of the First Amended Complaint, Defendants deny the allegations contained in this paragraph.

51. In response to Paragraph 51 of the First Amended Complaint, Defendants deny the allegations contained in this paragraph.

52. In response to Paragraph 52 of the First Amended Complaint, Defendants respond to all incorporated allegations as previously stated.

53. In response to Paragraph 53 of the First Amended Complaint, Defendants deny the allegations contained in this paragraph.

54. In response to Paragraph 54 of the First Amended Complaint, Defendants deny the

allegations contained in this paragraph.

55. In response to Paragraph 55 of the First Amended Complaint, Defendants deny the allegations contained in this paragraph.

56. In response to Paragraph 56 of the First Amended Complaint, Defendants deny the allegations contained in this paragraph.

57. In response to Paragraph 57 of the First Amended Complaint, Defendants deny the allegations contained in this paragraph.

58. In response to Paragraph 58 of the First Amended Complaint, Defendants deny the allegations contained in this paragraph.

59. In response to Paragraph 59 of the First Amended Complaint, Defendants deny the allegations contained in this paragraph.

60. In response to Paragraph 60 of the First Amended Complaint, Defendants respond to all incorporated allegations as previously stated.

61. In response to Paragraph 61 of the First Amended Complaint, Defendants deny the allegations contained in this paragraph.

62. In response to Paragraph 62 of the First Amended Complaint, Defendants deny the allegations contained in this paragraph.

63. In response to Paragraph 63 of the First Amended Complaint, Defendants deny the allegations contained in this paragraph.

64. In response to Paragraph 64 of the First Amended Complaint, Defendants deny the allegations contained in this paragraph.

65. In response to Paragraph 65 of the First Amended Complaint, Defendants deny the allegations contained in this paragraph.

66. In response to Paragraph 66 of the First Amended Complaint, Defendants deny the allegations contained in this paragraph.

67. In response to Paragraph 67 of the First Amended Complaint, Defendants deny the allegations contained in this paragraph.

68. In response to Paragraph 68 of the First Amended Complaint, Defendants deny the

allegations contained in this paragraph.

69. In response to Paragraph 69 of the First Amended Complaint, Defendants deny the allegations contained in this paragraph.

70. In response to Paragraph 70 of the First Amended Complaint, Defendants respond to all incorporated allegations as previously stated.

71. In response to Paragraph 71 of the First Amended Complaint, Defendants deny the allegations contained in this paragraph.

72. In response to Paragraph 72 of the First Amended Complaint, Defendants deny that any Defendant violated any policy practice or law.

73. In response to Paragraph 73 of the First Amended Complaint, Defendants admit that, to their knowledge, no officers were disciplined etc. in connection with the subject incident.

74. In response to Paragraph 74 of the First Amended Complaint, Defendants deny the allegations contained in this paragraph.

75. In response to Paragraph 75 of the First Amended Complaint, Defendants deny the allegations contained in this paragraph.

76. In response to Paragraph 76 of the First Amended Complaint, Defendants deny the allegations contained in this paragraph.

77. In response to Paragraph 77 of the First Amended Complaint, Defendants deny the allegations contained in this paragraph.

78. In response to Paragraph 78 of the First Amended Complaint, Defendants deny the allegations contained in this paragraph.

79. In response to Paragraph 79 of the First Amended Complaint, Defendants deny the allegations contained in this paragraph.

80. In response to Paragraph 80 of the First Amended Complaint, Defendants respond to all incorporated allegations as previously stated.

81. In response to Paragraph 81 of the First Amended Complaint, Defendants deny the allegations contained therein.

82. In response to Paragraph 82 of the First Amended Complaint, Defendants deny the

allegations contained therein.

83.  In response to Paragraph 83 of the First Amended Complaint, Defendants deny the allegations contained therein.

84.  In response to Paragraph 84 of the First Amended Complaint, Defendants deny the allegations contained therein.

85.  In response to Paragraph 85 of the First Amended Complaint, Defendants deny the allegations contained therein.

86.  In response to Paragraph 86 of the First Amended Complaint, Defendants deny the allegations contained therein.

87.  In response to Paragraph 87 of the First Amended Complaint, Defendants deny the allegations contained therein.

88.  In response to Paragraph 88 of the First Amended Complaint, Defendants respond to all incorporated allegations as previously stated.

89.  In response to Paragraph 89 of the First Amended Complaint, Defendants deny the allegations contained therein.

90.  (No paragraph 90)

91.  In response to Paragraph 91 of the First Amended Complaint, Defendants deny the allegations contained therein.

92.  In response to Paragraph 92 of the First Amended Complaint, Defendants deny the allegations contained therein.

93.  In response to Paragraph 93 of the First Amended Complaint, Defendants deny the allegations contained therein.

94.  In response to Paragraph 94 of the First Amended Complaint, Defendants respond to all incorporated allegations as previously stated.

95.  In response to Paragraph 95 of the First Amended Complaint, Defendants admit that police officers have certain duties with regard to the use of force, but deny the alleged extent of such duties, and that any of said duties were breached or violated.

96.  In response to Paragraph 96 of the First Amended Complaint, Defendants deny the

8

allegations contained therein.

97. In response to Paragraph 97of the First Amended Complaint, Defendants deny the allegations contained therein.

98. In response to Paragraph 98 of the First Amended Complaint, Defendants deny the allegations contained therein.

99. In response to Paragraph 99 of the First Amended Complaint, Defendants deny the allegations contained therein.

100. In response to Paragraph 100 of the First Amended Complaint, Defendants respond to all incorporated allegations as previously stated.

101. In response to Paragraph 101 of the First Amended Complaint, Defendants admit that the Bane Act contains certain prohibitions, but deny the specific interpretation offered by Plaintiffs.

102. In response to Paragraph 102 of the First Amended Complaint, Defendants deny the allegations contained therein.

103. In response to Paragraph 103 of the First Amended Complaint, Defendants deny the allegations contained therein.

104. In response to Paragraph 104 of the First Amended Complaint, Defendants deny the allegations contained therein.

105. In response to Paragraph 105 of the First Amended Complaint, Defendants deny the allegations contained therein.

106. In response to Paragraph 106 of the First Amended Complaint, Defendants deny the allegations contained therein.

107. In response to Paragraph 107of the First Amended Complaint, Defendants deny the allegations contained therein.

108. In response to Paragraph 108 of the First Amended Complaint, Defendants deny the allegations contained therein.

109. In response to Paragraph 109 of the First Amended Complaint, Defendants deny the allegations contained therein.

110. In response to Paragraph 110 of the First Amended Complaint, Defendants deny the allegations contained therein.

111. In response to Paragraph 111 of the First Amended Complaint, Defendants acknowledge that Plaintiff seeks fees, but deny it is entitled to same.

AS AND FOR A FIRST AFFIRMATIVE DEFENSE, Defendants allege that the First Amended fails to state a claim upon which relief can be granted.

AS AND FOR A SECOND AFFIRMATIVE DEFENSE, Defendants allege that Plaintiff and decedent were careless and negligent in and about the matters referred to in said First Amended Complaint, and further that Plaintiff and decedent failed to exercise ordinary or any care for decedent's own safety and such carelessness and negligence on the part of Plaintiff's and decedent proximately caused and contributed to the damage, detriment or injury sustained by Plaintiff, if any there was, and that Plaintiff's recovery should therefore either be barred or reduced to the extent of Plaintiff and decedent's negligence.

AS AND FOR A THIRD AFFIRMATIVE DEFENSE, Defendants allege that any harm Plaintiffs suffered was the result of a negligent or otherwise wrongful conduct of persons other than this Defendants and that the conduct of persons other than these Defendants was the sole and proximate cause of the injuries and damages alleged by Plaintiffs.

AS AND FOR A FOURTH AFFIRMATIVE DEFENSE, Defendants allege that all actions taken were undertaken in good faith and with reasonable belief that the actions were valid, necessary, constitutionally proper and objectively reasonable for a police officer in the same circumstances, and that Defendants actions do not violate any clearly existing law, entitling Defendants to qualified immunity.

AS AND FOR A FIFTH AFFIRMATIVE DEFENSE, Defendants allege that the detention and/or arrest of decedent were performed reasonably and pursuant to the laws of California with respect to the actions of police officers.

AS AND FOR AN SIXTH AFFIRMATIVE DEFENSE, Defendants allege that the force used to subdue decedent was reasonable under the circumstances, and was in defense to the improper actions and threats of the decedent.

DEFENDANTS' ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT

Case Number: 15-CV-03177-NC

1264905.doc

AS AND FOR A SEVENTH AFFIRMATIVE DEFENSE, Defendants allege that Plaintiffs failed to mitigate their damages, if any.

AS AND FOR AN EIGHTH AFFIRMATIVE DEFENSE, Defendants allege that Plaintiff's claims are barred by the applicable statute of limitations.

AS AND FOR A NINTH AFFIRMATIVE DEFENSE, Defendants allege that they are immune from liability in this action pursuant to Government Code sections 800-1000, including but not limited to sections 820, 820.2, 820.4, 820.8, and 821.6.

AS AND FOR A TENTH AFFIRMATIVE DEFENSE, Defendants allege that Defendant officers made a lawful arrest, and/or had reason to believe the arrest was lawful. Therefore, Defendants are immune from liability pursuant to Penal Code section 847.

AS AND FOR AN ELEVENTH AFFIRMATIVE DEFENSE, Defendants allege that the alleged actions of Defendants did not result in a deprivation of Plaintiff's constitutional rights.

AS AND FOR A TWELFTH AFFIRMATIVE DEFENSE, Defendants allege that decedent failed to refrain from using force to resist arrest, despite the knowledge that she was being arrested by police officers. Therefore, Defendants are not liable in this action pursuant to California Penal Code section 834a.

AS AND FOR A THIRTEENTH AFFIRMATIVE DEFENSE, Defendants alleges that Plaintiff lacks standing to bring the claims herein.

AS AND FOR A FOURTEENTH AFFIRMATIVE DEFENSE, Defendants alleges that Plaintiff has failed to comply with State law claim filing requirements and that the First Amended Complaint exceeds that scope of the claim.

**JURY TRIAL DEMAND**

These answering Defendants hereby demand a jury.

WHEREFORE, Defendants prays as follows:

1.     That Plaintiff takes nothing by its First Amended Complaint;

2.     That Plaintiff's First Amended Complaint be dismissed with prejudice;

3.     That Defendants be awarded their costs of suit, including attorneys' fees incurred herein; and

1       4.     For such other and further relief as the Court deems proper, including sanctions

2  for filing a frivolous lawsuit, without factual or legal basis.

3

4                                       Respectfully submitted,

5  Dated:  December 21, 2015            RICHARD DOYLE, City Attorney

6

7                             By:    */s/ Clifford S. Greenberg, Esq.*

8                              CLIFFORD S. GREENBERG
                            Deputy City Attorney

9                           Attorneys for CITY OF SAN JOSE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANTS' ANSWER TO PLAINTIFF'S FIRST AMENDED
COMPLAINT

Case Number: 15-CV-03177-NC

1264905.doc