RICHARD DOYLE, City Attorney (88625)
NORA FRIMANN, Assistant City Attorney (93249)
CLIFFORD GREENBERG, Sr. Deputy City Attorney (122612)
Office of the City Attorney
200 East Santa Clara Street, 16th Floor
San José, California  95113-1905
Telephone Number: (408) 535-1900
Facsimile Number:  (408) 998-3131
E-Mail Address:  cao.main@sanjoseca.gov

Attorneys for CITY OF SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DANG, HOANG, Individually and as Successor in Interest of TRACEY LIEN TRAN, deceased,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SAN JOSE, et al.,<br><br>Defendants. | Case Number:  15-CV-03177-NC<br><br>**STATUS REPORT; STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br>[Civil L.R. 6-1(b).] |

As authorized by Northern District Local Rule 6-1(b), the parties hereby jointly request that the Case Management Conference, currently set for June 15, 2016 at 10:00 a.m., be continued for a period of approximately thirty days.  The parties are in the process of executing a Settlement Agreement and Release which will result in the case being dismissed.

//

//

//

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated:  June 14, 2016 | RICHARD DOYLE, City Attorney |
|  | By:    /s/ Clifford Greenberg<br>       CLIFFORD GREENBERG<br>       Senior Deputy City Attorney |
|  | Attorneys for Defendant |
| Dated:  June 14, 2016 | LAW OFFICES OF DALE K. GALIPO |
|  | By:    /s/ Dale Galipo<br>       DALE GALIPO |
|  | Attorneys for Plaintiff Dang Hoang |

I attest that Plaintiff's counsel has read and approved this document, and given consent to the filing of the same with the Court.

| Dated:  June 14, 2016 | RICHARD DOYLE, City Attorney |
|---|---|
|  | By:    /s/ Clifford Greenberg<br>       CLIFFORD GREENBERG<br>       Senior Deputy City Attorney |
|  | Attorneys for Defendant |

//
//
//
//
//
//
//
//
//
//
//
//

2

STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE

Case Number: 15-CV-03177NC

1324703

1 **ORDER**

3   It is hereby Ordered that the June 15, 2016 Case Management Conference is continued to July 27, 2016 at 10:00 a.m, with dismissal or updated case management statement due by July 20, 2016. This continuance does not terminate or modify and of the case deadlines. Further continuances are disfavored.

DATED: June 14, 2016

_____
MAGISTRATE NATHANAEL COUSINS
UNITED STATES DISTRICT COURT



IT IS SO ORDERED AS MODIFIED
Judge Nathanael M. Cousins

3

STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE

Case Number: 15-CV-03177NC

1324703