LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA  91367
Telephone:   (818) 347-3333
Facsimile:   (818) 347-4118

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANG, HOANG, individually and as successor in interest of TRACEY LIEN TRAN, deceased,<br><br>      Plaintiff,<br><br>  vs.<br><br>CITY OF SAN JOSE, et al.,<br><br>      Defendants. | CASE NO. 15-CV-03177-NC<br><br>**STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE AS TO ALL DEFENDANTS**<br><br>*Magistrate N. Cousins* |

TO ALL PARTIES AND THIS HONORABLE COURT:

    IT IS HEREBY STIPULATED by and between the parties to this action, through their designated counsel, that the above-captioned action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1) as to all defendants. The parties request that the Court enter an order forthwith dismissing this entire action with prejudice as to all causes of action and parties. Each side is to bear its own costs and fees.

    It is so stipulated.

*//*

*//*

| | | |
|---|---|---|
| 1 | DATED: August _1_, 2016 | LAW OFFICES OF DALE K. GALIPO |
| 2 | | |
| 3 | | |
| 4 | | By:      /s/ Dale K. Galipo |
| 5 | | Dale K. Galipo<br>Attorneys for Plaintiff |

DATED: August _1_, 2016                OFFICE OF THE CITY ATTORNEY

By:      /s/ Cliff Greenberg
Cliff Greenberg
Attorneys for Defendants

**ORDER**

**IT IS SO ORDERED.**

DATED:   August 4, 2016

GRANTED
Judge Nathanael M. Cousins

_____
MAGISTRATE JUDGE NATHANAEL COUSINS
UNITED STATES DISTRICT COURT

1340962.doc
x

2                                    Case No.15-CV-03177-NC
STIPULATION FOR DISMISSAL OF ACTION